UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**BRITTANY D.**
o/b/o J.L.J.D., a minor,

        Plaintiff,                        Case No. 2:23-cv-1577
   v.                                   JUDGE EDMUND A. SARGUS, JR.
                                           Magistrate Judge Elizabeth P. Deavers

**COMMISSIONER OF**
**SOCIAL SECURITY,**

        Defendant.

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on July 9, 2024.  (ECF No. 12.)  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS** the Report and Recommendation.  For the reasons set forth in the Report and Recommendation, the nondisability finding of the Commissioner is **REVERSED** and this action is **REMANDED** under Sentence Four of § 405(g).  The Clerk is **DIRECTED** to enter judgment and close this case.

        IT IS SO ORDERED.


**8/21/2024**                                              **s/Edmund A. Sargus, Jr.**
**DATE**                                                    **EDMUND A. SARGUS, JR.**
                                                          **UNITED STATES DISTRICT JUDGE**